**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6029**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY WHITE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-91-106)

---

Submitted:  February 25, 1999          Decided:  March 10, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rodney White, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney White appeals the district court's order dismissing as untimely his action seeking to correct a procedurally deficient forfeiture. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny White's motion for the appointment of counsel and affirm on the reasoning of the district court. See United States v. White, No. CR-91-106 (E.D. Va. Dec. 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED